IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DOUGLAS DONAHOE,

    Plaintiff,                    No. 2:11-cv-3089 KJN P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendants.                <u>ORDER</u>

        Plaintiff, a San Diego county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis or the merits of plaintiff's complaint.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

1    In this case, it appears that most of the named defendants are located, and the
2 claim arose, in San Diego County, which is in the Southern District of California.  Therefore,
3 plaintiff's action should have been filed in the United States District Court for the Southern
4 District of California.  In the interest of justice, a federal court may transfer a complaint filed in
5 the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d
6 918, 932 (D.C. Cir. 1974).
7    Accordingly, IT IS HEREBY ORDERED that:
8    1.  This court has not ruled on plaintiff's request to proceed in forma pauperis; and
9    2.  This matter is transferred to the United States District Court for the Southern
10 District of California.
11 DATED:  December 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dona3089.21a